UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LAWRENCE FULTZ**                                                    **CIVIL ACTION**

**VERSUS**                                                             **NO. 16-2394**

**MONTAVICZ, L.L.C.**                                                  **SECTION "B"(2)**

### ORDER

Considering Plaintiff's "Consent Motion to Dismiss Action" (Rec. Doc. 23),

**IT IS ORDERED** that the motion is **GRANTED**. All of Plaintiff Lawrence Fultz's claims against Defendant Montavicz, LLC are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, this 6th day of September, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1